Robert W. Unikel (IL Bar #6216974) (*pro hac vice*)
robertunikel@paulhastings.com
Matthew Richard Lind (IL Bar #6327241)
mattlind@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Dr., 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Attorneys for Defendant Google LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendants. | CASE NOS. 4:20-cv-04355-YGR;<br>4:20-cv-05330-YGR; 4:20-cv-05333-YGR;<br>4:20-cv-05334-YGR; 4:20-cv-05339-YGR;<br>4:20-cv-05341-YGR; 4:20-cv-05342-YGR;<br>4:20-cv-05343-YGR; 4:20-cv-05344-YGR;<br>4:20-cv-05345-YGR; 4:20-cv-05346-YGR<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF RECENT JUDICIAL ACTION**<br><br>JURY TRIAL DEMANDED |

During the November 17, 2020 oral argument concerning Defendant Google's pending motions to dismiss for lack of standing, Plaintiff Uniloc 2017 noted that similar standing issues involving the same agreements supporting Google's motions were being considered by Judge Alsup in *Uniloc USA, Inc., et al. v. Apple, Inc.*, Case No. 3:18-cv-00358-WHA. Uniloc 2017 further filed a notice alerting the Court to the fact that a hearing on Apple's motion to dismiss for lack of standing was scheduled for December 3, 2020. (Case No. 4:20-cv-5330, Dkt. No. 353.) That hearing was held as scheduled.

On December 4, 2020, Judge Alsup issued an Order Dismissing Case for Lack of Standing. (Case No. 3:18-cv-00358, Dkt. No. 186.) Google hereby submits a copy of that Order, attached hereto as Exhibit A, for the Court's consideration.

| | |
|---|---|
| DATED:  December 7, 2020 | Respectfully submitted,<br><br>By: */s/ Robert W. Unikel*<br><br>Robert W. Unikel (IL Bar #6216974) (*pro hac vice*)<br>robertunikel@paulhastings.com<br>Matthew Richard Lind (IL Bar #6327241)<br>(*pro hac vice*)<br>mattlind@paulhastings.com<br>**PAUL HASTINGS LLP**<br>71 South Wacker Dr., 45th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br><br>Elizabeth L. Brann (CA Bar #222873)<br>elizabethbrann@paulhastings.com<br>Ariell Nicole Bratton (CA Bar #317587)<br>ariellbratton@paulhastings.com<br>**PAUL HASTINGS LLP**<br>4747 Executive Drive, 12th Floor<br>San Diego, CA 92121<br>Telephone: (858) 458-3000<br>Facsimile: (858) 458-3005<br><br>Robert Laurenzi (NY Bar #3024676) (*pro hac vice*)<br>robertlaurenzi@paulhastings.com<br>**PAUL HASTINGS LLP**<br>200 Park Avenue, 26th Floor<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 318-6100<br><br>Christopher W. Kennerly (CA Bar #255932)<br>chriskennerly@paulhastings.com<br>**PAUL HASTINGS LLP**<br>1117 South California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Grant N. Margeson (CA Bar #299308)<br>grantmargeson@paulhastings.com<br>**PAUL HASTINGS LLP**<br>101 California Street<br>Forty-Eighth Floor<br>San Francisco, California 94111<br>Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100<br><br>Tad Richman (CA Bar #268091)<br>tadrichman@paulhastings.com<br>**PAUL HASTINGS LLP** |

1 | 2050 M Street NW
Washington, D.C. 20036
2 | Telephone: (202) 551-1700
Facsimile: (202) 551-1705
3 |
4 | Andrew T. Dufresne (DC Bar # 1081409)
(*pro hac vice*)
ADufresne@perkinscoie.com
5 | **PERKINS COIE LLP**
33 East Main St., Ste. 201,
6 | Madison, WI 53703
Telephone: (608) 663-7492
7 | Facsimile: (608) 663-7499

8 | Dan L. Bagatell (CA Bar # 218879) (*pro hac vice*)
DBagatell@perkinscoie.com
9 | **PERKINS COIE LLP**
3 Weatherby Road
10 | Hanover, NH 03755-1923
Telephone: 602.351.8250
11 | Facsimile: 602.648.7150

12 | Attorneys for Defendant Google LLC

CASE NOS. 4:20-CV-04355-YGR, et al     - 3 -     DEFENDANT'S NOTICE OF RECENT JUDICIAL ACTION